FILED
CLERK, U.S. DISTRICT COURT

Aug 3, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:     PMC     DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J., A MINOR, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DECEDENT, BY AND THROUGH HER GUARDIAN AD LITEM LENELLE GAPELU,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH and 10 unknown other named defendants,<br><br>    Defendants. | Case No.: CV14-02977-SVW(MRWx)<br><br>Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**<br><br>**JS-6**<br><br>Complaint Filed: April 28, 2014<br>Trial Date:    Not Scheduled |

Before the Court is a stipulation executed by all parties to dismiss the instant case with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

The Court, having accepted the stipulation, and GOOD CAUSE APPEARING, orders Case No. CV14-02977 SVW(MRXx) dismissed.

DATED:    August 3, 2015

HON. STEPHEN V. WILSON

1

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**

I:\apps\ctylaw32\wpdocs\d001\p020\00553492.doc